N/S

B/O

**Andrew Velasquez- Sui Juris**
c/o 243 N. Meridian Ave SPC;71
San Bernardino, California [92410]
Cell: Phone- 909 733 3667
Velasquezandrew1988@gmail.com

FILED

CLERK, U.S. DISTRICT COURT

11/12/2024

CENTRAL DISTRICT OF CALIFORNIA

BY_____AP_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

FEE PAID

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| ANDREW VELASQUEZ | Case No.: 5:24-cv-02442-MWF(DTBx) |
| Plaintiff, | |
| vs. | **COMPLAINT FOR BREACH OF CONTRACT AND FIDUCIARY DUTIES** |
| ALLY FINANCIAL | **EXHIBITS A, B, C, D, AND E** |
| Defendant | **AFFIDAVIT IS EXHIBIT E** |

**PLAINTIFFS COMPLAINT FOR BREACH OF CONTRACT, FIDUCUARY DUTY, DAMEGES AND JURY DEMAND:**

COMES NOW, plaintiff **ANDREW VELASQUEZ**, represented by the Natural Living Man, **Andrew Velasquez**, authorized Trustee, granted by AV **Revocable Living Trust**, and files this complaint against Defendant **ALLY FINANCIAL**, and alleges, upon informed and belief, the following: ( **Please note that spelling of each name is important and will be as above through this complaint for clarity)**

### I.    INTRODUCTION:

1. **Andrew Velasquez** respectfully requests that the Court consider his diligent efforts to present his case in a professional and informed manner. Despite being a **SUI JURIS** litigant, **Andrew Velasquez** has invested significant time and energy in researching and understanding the legal issues involved in this case. **Andrew Velasquez** approaches this matter with a respectful and cooperative attitude, seeking a fair and just resolution for all parties involved.

2. **Andrew Velasquez** approaches this matter with a deep respect for the legal system and its processes. With excitement and eagerness to present his case in a clear, concise, and informative manner.

### II.    JURISDICTION AND VENUE:

COMPLAINT FOR BREACH OF CONTRACT AND FIDUCIARY DUTIESEXHIBITS A, B, C, D, AND EAFFIDAVIT IS EXHIBIT E - 1

3. This court has jurisdiction over this action and all counts under **28 U.S.C. § 1331** because the claims arise under federal law, specifically the laws governing trusts and fiduciary relationships.
4. **Venue is proper in this district under 28 U.S.C. § 1391 because: The trust was created and administered within the federal and State of California.** This is a key factor in determining venue under federal law, as the venue is generally proper where the cause of action arose or where the defendant resides. **Substantial evidence regarding the claims asserted in this complaint is located within the State of California.** This includes the trust document, and correspondence between the parties involved, and any other relevant documents.
5. California Probate Code Section 17001 provides that "[t]he court in the county where the trust was created has jurisdiction over proceedings concerning the trust." This further supports the proper venue in this case.
6. Through the power of naturalization, found in **8 U.S.C. 1101 (a) (23)**, Andrew Velasquez confers the nationality of the state called **"STATE OF CALIFORNIA"** on **ANDREW VELASQUEZ**, after birth, by any means whatsoever. This satisfies the jurisdictional requirements of the court.

   III.   **PARTIES:**
7. Plaintiff **ANDREW VELASQUEZ**, resident of San Bernardino County, California.
8. Defendant **ALLY FINANCIAL** is a public traded American financial service corporation with its principal place of business located- 500 Woodward Ave, 10th floor, Detroit, Michigan 48226-3423 and which conducts business in the state of California.

   IV.   **GENERAL FACUAL ALLEGATIONS:**
9. **ANDREW VELASQUEZ** is the principal beneficiary of trust account **1127318683** at **ALLY FINANCIAL**, created February 8th, 2023.
10. Andrew Velasquez sent multiple notices to **ALLY FINANCIAL** outlining specific instructions.
11. **Andrew Velasquez** sent a registered USPS notice of instructions to Defendant on September 25, 2024, (EXHIBIT: B).
12. **Andrew Velasquez** sent a registered USPS notice to cure instruction notice to **ALLY FINANCIAL** on October 7th, 2024, (EXHIBIT: C).
13. **Andrew Velasquez** sent a registered USPS notice of default judgment to **ALLY FINANCIAL** on October 21st, 2024, (EXHIBIT: D).
14. **Andrew Velasquez** tendered a One hundred thirty-four thousand, three hundred eighty-five dollars 0/100 ($134,385) payment with restrictive indorsements specifying how the funds should be allocated to the beneficiary in connection with trust account **1127318683** with **ALLY FINANCIAL**, sent with registered USPS notice of instructions to Defendant on September 25, 2024, (ATTACHED TO EXHIBIT: B)**.**
15. **ALLY FINANCIAL** failed to credit the consumer's (plaintiff) account or send a correction notice, violating 12 CFR 1026.13(e).
16. **ALLY FINANCIAL** failed to comply with these instructions despite repeated attempts.
17. **ALLY FINANCIAL's** failure to comply constitutes a breach of contract and fiduciary duty.
18. **ANDREW VELASQUEZ** alleges **ALLY FINANCIAL** knowingly violated of **18 U.S. Code § 1341** by participating in the fraud through the US Mail by sending rejection notice.
19. **ANDREW VELASQUEZ** has suffered damages as a result of **ALLY FINANCIALS** breach.
20. **ANDREW VELASQUEZ** is seeking a default judgment due to **ALLY FINANCIAL's** continued non-

COMPLAINT FOR BREACH OF CONTRACT AND FIDUCIARY DUTIESEXHIBITS A, B, C, D, AND EAFFIDAVIT IS EXHIBIT E - 2

compliance.

21. 15 days (about 2 weeks) as an unrebutted affidavit stands as truth in commerce, (EXHIBIT: E).
22. **Andrew Velasquez** failed to restrictively indorse the original credit application as for a collateral security.
23. Had **Andrew Velasquez** known, **Andrew Velasquez** would have done restrictive indorsement on the collateral security from the beginning.
24. **ALLY FINANCIAL** failed to provide **Andrew Velasquez** with General Disclosed requirements pursuant to 12 CFR 1026.17.
25. **Andrew Velasquez** never intended to do any blank indorsement on behalf of **ANDREW VELASQUEZ**.
26. **Andrew Velasquez** sent an Affidavit of Truth to **ALLY FINANCIAL** on October 18, 2024, claiming his right to access the company's books of account under federal law (**15 U.S.C. § 44**), along with other demands and requests, (EXHIBIT: E).
27. Proper performance is done primarily through clear orders and restrictive indorsements.
28. Improper performance is done via blank indorsements and lack of order.
29. Proper performance balances the accounting.
30. Improper performance unbalances the accounting
31. There was one promissory note made for the **ALLY FINANCIAL** account
32. Each credit transaction produces an unconditional promise to pay.
33. An application can be considered a promissory note in certain circumstances
34. A promissory note is an unconditional promise to pay.
35. The promissory notes are negotiable instruments.
36. "Promissory notes" and "note" mean the same thing.
37. Federal Reserve Notes are promissory notes.
38. Federal Reserve Notes are negotiable instruments.
39. All promissory notes are collateral securities in accordance with **12 U.S.C. § 412**.
40. Promissory notes produced for **ANDREW VELASQUEZ** is under the purview of 18 U.S.C. § 8.
41. **ANDREW VELASQUEZ** is able to legally create currency because it is a federal Reserve Member
42. The federal reserve bank is the custodian to pay on behalf of obligations or other securities of the United States (**18 U.S.C. § 8**).
43. **Andrew Velasquez**, in essence the whole entire time, has been trying to replace the previous blank indorsement with Restrictive indorsement.
44. Fraud on this account is due to complete lack of disclosure of the terms of the loan and the collateralization of the original promissory note.
45. The order inside this complaint constitutes unconditional tender of payment in accordance with UCC 3-603.
46. The term "US Dollars" includes Federal Reserve Notes.
47. Due to the original promissory note having already been swapped for Federal Reserve Notes after the application was indorsed with a blank indorsement, the order inside the Registered Mail notices from Andrew Velasquez, were payment for US Dollars.

## V.    COUNT ONE- BREACH OF CONTRACT:

48. Defendant **ALLY FINANCIAL**, through its UNDERWRITER **Gail Bauer**, breached its contractual obligations by failing to follow the specific instructions provided by Trustee Andrew Velasquez in three separate notices, dated

COMPLAINT FOR BREACH OF CONTRACT AND FIDUCIARY DUTIESEXHIBITS A, B, C, D, AND EAFFIDAVIT IS
EXHIBIT E - 3

9-25-2024 1st notice- instruction notice, (EXHIBIT: B)

10-07-2024 2nd notice- notice to cure instruction notice, (EXHIBIT: C)

10-15-2024 3rd notice- notice of default judgment, (EXHIBIT: D).

These instructions pertained to the restructuring of the interests, rights, and titles of the beneficiary, **Andrew Velasquez**. Despite repeated requests, **ALLY FINANCIAL** failed to take the necessary actions to comply with these instructions, resulting in a direct breach of the contract between the parties.

## VI.　COUNT TWO BREACH OF FIDUCIARY DUTIES:

49. Failing to apply the instruction notice: **ALLY FINANCIAL** did not follow the specific instructions provided by **Andrew Velasquez** regarding the principal account. Failing to apply the notice to cure instruction notice: Despite **Velasquez's** repeated requests, **ALLY FINANCIAL** failed to take corrective action after the initial breach. Failing to apply the notice of default judgment: **ALLY FINANCIAL** continued to disregard **Velasquez's** demands, even after a formal notice of default judgment was issued. These failures demonstrate **ALLY FINANCIALS'** disregard for its fiduciary obligations and its duty to act in the best interests of the beneficiary.

## VII.　EXHIBIT A:

50. **URGENT INQUIRY** regarding credit application #1127318683 with **ALLY FINANCIAL**, sent 9-17-2024 CERTIFIED MAIL # 9589 0710 5270 0366 9771 59, green card receipt# 9509 9402 8608 3244 9262 28.

## VIII.　EXHIBIT B:

51. **INSTRUCTION NOTICE** with Notarized copy of original copy of Restrictive indorsed Application for tender for $One Hundred Thirty-Four Thousand, Three Hundred Eighty-Five Dollars ($134,385 $^{0}/^{100}$), sent 9-17-2024 REGISTERED MAIL# RF146190913US, green card receipt 9590 9402 8608 3244 49.

## IX.　EXHIBIT C:

52. **NOTICE TO CURE INSTRUCTION NOTICE**, sent 10-7-2024 REGISTERED MAIL# RF146190944US, green card receipt# 9590 9402 8606 3224 9251 15.

## X.　EXHIBIT D:

53. **NOTICE OF DEFAULT JUDGMENT** and a copy of a DECLORATION of **AV Revocable Living Trust** sent 10-15-2024 REGISTERED MAIL# RF14690992US, green card receipt# 9590 9402 8606 3224 9155 43.

## XI.　EXHIBIT E:

54. **AFFIDAVIT OF TRUTH** sent 10-21-2024 REGISTERED MAIL# RF146191012US, green card receipt#9590 9402 8601 3244 7607 06.

## XI.　COUNT THREE- 18 U.S.C § 2314 (TRANSPORTATION OF STOLEN SECURITIES):

55. Unknown negotiations via a blank indorsement allowed **ALLEY FINANCIAL** to take possession of the collateral securities on the account fraudulently.

COMPLAINT FOR BREACH OF CONTRACT AND FIDUCIARY DUTIESEXHIBITS A, B, C, D, AND EAFFIDAVIT IS EXHIBIT E - 4

### XII.  COUNT FOUR 18 U.S.C § 1348 (SECURITIES AND COMMODITIES FRAUD):

56. Plaintiff was never informed as to these instruments being negotiable.
57. Plaintiff was never informed of various optional indorsements in accordance with UCC ARTICLE 3.
58. Plaintiff has a responsibility to avail himself of his optional indorsement, but **ALLY FINANCIAL** could have spent a very short period of time to educate plaintiff about indorsement as a part of their fiduciary duties.
59. **Andrew Velasquez** has clarified and ordered **ALLY FINANCIAL** with multiple notices to correct the account to no avail.
60. Fraud is due to complete failure to disclose the terms and options of signing/indorsing above collateral securities.
61. This damaged the plaintiff materially due to the valuable instrument being purloined and not being available for plaintiff.
62. Due to **Andrew Velasquez's** signature being the birth of value for the above negotiable instrument, **Andrew Velasquez**, and **ANDREW VELASQUEZ** are the secured party in this transaction for the deal.

### XIII.  COUNT FIVE – 18 U.S.C § 1593A  (BENEFITING FINACIALLY FROM PEONAGE, SLAVERY, AND TRAFFICKING IN PERSON):

63. **ALLY FINANCIAL** benefited from a blank indorsement by being able to keep all the Federal Reserve Notes after application for notes is complete (12 U.S.C § 412).
64. **ALLY FINANCIAL** pretends it is the "lender" by claiming the collateral security, after it is released with a blank indorsement.
65. Under special negotiations, **ANDREW VELASQUEZ** is actually the lender and **Andrew Velasquez** is the borrower. **ALLY FINANCIAL** is just the currency exchange at this point and facilitates Federal Reserve Notes Services.
66. **ALLY FINANCIAL** collects substantially more Federal Reserve Notes by carefully failing to inform their beneficiary of their indorsement options.
67. Due to the lack of terms and communications, it is assumed that **ALLY FINANCIAL** intended to entice its beneficiary into slavery for financial gain.

### XIV.  DEMAND FOR RELIEF

68. By way of tacit agreement, **ALLY FINANCIAL** Pro Confessed their liable for the damages, losses and all expenses incurred for their breach of contract and fiduciary duties.
69. Corrected distribution of $One Hundred Thirty-Four Thousand, Three Hundred Eighty-Five Dollars ($134,385 $^{0}/^{100}$) to **Andrew Velasquez.**
70. Release the personal property **stock #167111** and (MCO) **Manufacturer Certificate of Origin.**
71. Optional: To incentivize **ALLY FINANCIAL's** continued efforts and to ensure fair compensation, **ANDREW VELASQUEZ** proposes the following: **ALLY FINANCIAL** will issue an open-end credit card with $134,385 $^{0}/^{100}$ credit limit. **ALLY FINANCIAL** will be granted limited (POA) **POWER OF ATTORNEY** to automatically set-off the balance monthly. In exchange, **ALLY FINANCIAL** will retain the interest earned from the promissory note. This arrangement will accelerate the

COMPLAINT FOR BREACH OF CONTRACT AND FIDUCIARY DUTIESEXHIBITS A, B, C, D, AND EAFFIDAVIT IS EXHIBIT E - 5

maturity of the securities, ultimately benefiting both parties. By accepting this option, **ANDREW VELASQUEZ** waives the need for relief outlined in paragraph 69 and 70.

## SUMMARY

*WHEREFORE, Plaintiff respectfully requests this Court to enter judgment against Defendant **ALLY FINANCIAL** in an amount sufficient to compensate Plaintiff for all damages sustained. Plaintiff further seeks such other and further relief as the Court deems just and equitable.*

*The plaintiff approaches this matter with a constructive and cooperative spirit, seeking a just and equitable resolution.*

Dated November 11ᵗʰ, 2024               RESPECTFULLY SUBMITTED,

ANDREW VELASQUEZ

BY: /s/ Andrew Velasquez
Andrew Velasquez, SUI JURIS
C/O 243 N. Meridian Ave SPC: 71
San Bernardino, California [92410]

11-11-2024

Dated this [DATE].

Andrew Velasquez
SUI JURIS

COMPLAINT FOR BREACH OF CONTRACT AND FIDUCIARY DUTIES EXHIBITS A, B, C, D, AND E AFFIDAVIT IS EXHIBIT E - 6



CamScanner



**UNITED STATES**
**POSTAL SERVICE.**

**RIALTO**
241 W RIALTO AVE
RIALTO, CA 92376-6471
(800)275-8777

09/17/2024                                    12:55 PM
-----------------------------------------
| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
-----------------------------------------
| Mailer 10.5 x 16 | 1 | $1.69 | $1.69 |
| | | | |
| First-Class Mail® | 1 | | $2.04 |
| Large Envelope | | | |

    Detroit, MI 48226
    Weight: 0 lb 2.10 oz
    Estimated Delivery Date
       Mon 09/23/2024
    Certified Mail®                            $4.85
       Tracking #:
       9589 0710 5270 0366 9771 59
    Return Receipt                             $4.10
       Tracking #:
       9590 9402 8608 3244 9262 28
                                              $10.99
Total
-----------------------------------------
Grand Total:                                  $12.68
-----------------------------------------
                                              $20.00
Cash                                          -$7.32
Change
-----------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

        Preview your Mail
        Track your Packages
        Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

    Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



        or call 1-800-410-7420.

-----------------------------------------
UFN: 056427-0376
Lot #: 840-59200274-2-10500853-1



URGENT INQUIRY                                    9-17-2024

From: <u>Andrew Velasquez</u>
C/O 243 N Meridian Ave SPC: 71
San Bernardino CA [92410]

To: <u>Gail Bauer</u>
~~200 Renaissance Center~~ 500 Woodward Ave FL-10
~~P.O. Box 200 Detroit, Michigan 48265-2000~~ Detroit, MI 48226-3423

**Subject: Urgent Inquiry Regarding Credit Application Status**

Dear **Gail Bauer**,

I am writing to you regarding the status of my **credit application # 1127318683**, which I submitted to you with clean hands and in good faith on **2/08/2023**.

I understand that there may be delays or unforeseen circumstances, but I believe that I am entitled to a timely response and a clear explanation of the status of my application. It is extremely frustrating and concerning that I have been left in the dark for this extended period.

I would like to request a prompt update **(within 7 calendar days)** on the status of my application, including the reason for the delay in processing. Additionally, please provide me with a timeline for when I can expect a resolution.

I am particularly interested in understanding why I have not received a response or the original application back. I am concerned that there may have been some sort of **error** because it seems you may have prevented me from accessing my credit from the credit application originally deposited to you on **2-8-2023**. Please provide any relevant information regarding the status of my application and the reasons for any delays.

Thank you for your immediate attention to this urgent matter.

Sincerely,

Andrew Velasquez

Cellphone: 909-733-3667 Email: velasquezandrew1988@gmail.com - Contact me any time.

Andrew Velasquez  9-17-2024

Exhibit: A  Page-1

CamScanner



CamScanner



Registered No.

RF 146 190 913 US

Reg. Fee $2.04

Handling Charge $18.60 | Return Receipt
Postage $4.10 | Restricted Delivery
Received by $0.00

$0.00 $24.74

Customer Must Declare Full Value $ $0.00
With Postal Insurance
Without Postal Insurance

*Domestic Insurance up to $25,000.00 is included in the fee. International Indemnity is limited. (See Reverse).*

**OFFICIAL USE**

FROM
RIALTO, CA 92376
Andrew Velasquez
c/o 243 N. Meridian ave spc. 71
San Bernardino, CA [92410]

TO
Ally Financial
Gail Bauer 8226
Joo woodward ave FL-10
Detroit, MI 48226-3423

PS Form 3806, Receipt for Registered Mail Copy 1 - Customer
May 2004 (7530-02-000-9051) (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Ally Financial
Gail Bauer
Joo woodward ave FL-10
Detroit, MI 48226-3423

9590 9402 8608 3244 9258 49

2. Article Number (Transfer from service label)
RF 146 190 913 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____

B. Received by (Printed Name)     C. D

D. Is delivery address different from item 1?
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority
☐ Register
☐ Register Delivery
☐ Signature
☐ Signature Restricted

Domestic

---

**UNITED STATES POSTAL SERVICE.**

RIALTO
241 W RIALTO AVE
RIALTO, CA 92376-6471
(800)275-8777

09/25/2024                          12:54 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 10.5 x 16 | 1 | $1.69 | $1.69 |
| First-Class Mail® Large Envelope | 1 | | $2.04 |

Detroit, MI 48226
Weight: 0 lb 2.50 oz
Estimated Delivery Date
Mon 09/30/2024

Registered Mail® $18.60
Amount: $0.00
Tracking #:
RF146190919US

Return Receipt $4.10
Tracking #:
9590 9402 8608 3244 9258 49

Total                               $24.74

Grand Total:                        $26.43

Debit Card Remit                    $26.43
Card Name: VISA
Account #: XXXXXXXXXXXX5896
Approval #: 065315
Transaction #: 242
Receipt #: 090602
Debit Card Purchase: $26.43
AID: A0000000980840    Contactless
AL: US Common Debit

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

The Maximum Indemnity Insurance compensation for loss, damage, or missing contents is limited to $50,000.00 for Registered Mail.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage. Refunds for guaranteed services only. Thank you for your business.

Tell us about your experience. Go to: https://postalexperience.com/Pos or scan this code with your mobile device.

or call 1-800-410-7420.

UFN: 056427-0376
Receipt #: 840-59200274-2-10518297-1
Clerk: 10

**INSTRUCTION NOTICE**

9-25-2024

From: <u>Andrew Velasquez</u>
C/O 243 N Meridian Ave SPC: 71
San Bernardino CA [92410]


To: <u>Gail Bauer</u>
200 Renaissance Center
P.O. Box 200 Detroit, Michigan 48265-2000

**Re: Notice of Interest and Demand for Performance**

Please be advised that I, **Andrew Velasquez**, am the principal beneficiary of the **trust account number 1127318683**. As such, I am entitled to all rights, titles, and interests associated with trust.

I hereby instruct you, **Gail Bauer at Alley Financial**, to take the following actions:

- Apply the **Registered Mail application/instrument number RF 146181236 US** to the principal's balance, **a jurat notarized** copy of the original **application/instrument** will be provided.
- Close and settle the accounting for the **trust account number 1127318683**.
- Acknowledge the promissory note endorsed for the principal balance as an extension of credit from the principal **cesta que trust**.
- Release the personal property stock# 167111 and **(MCO) manufacturer Certificate of Origin title** to **Andrew Velasquez** at 243 N. meridian Ave SPC71 San Bernardino, CA 92410, upon the collapse of the escrow.

Your failure to respond to this notice within seven **(7) calendar days** from the date of this notice will be

deemed as your **tacit agreement** to the terms and conditions outlined herein. By failing to respond, you will be considered to have waived your right to contest or dispute my claims.

If you believe that my claim is invalid, you are required to provide a written statement under penalty of perjury, explaining the reasonable mistake, neglect, or impossibility that justifies your failure to comply.

If you fail to provide such a statement or to comply with the above instructions within the specified time period, I will proceed with legal action to seek a default judgment against you and to recover any and all damages, losses, or expenses incurred by the trust or its beneficiaries.

Sincerely,
    Andrew: Velasquez- Beneficiary

Andrew: Velasquez - beneficiary

EXHIBIT: B  Page-1

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Bernardino

Subscribed and sworn to (or affirmed) before me on this 25 day of September, 20 24 by Andrew Velasquez

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature                    (Seal)



ROBERT A. MOSQUERA
Notary Public - California
San Bernardino County
Commission # 2451927
My Comm. Expires Jul 23, 2027

---

**OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

Instruction Notice
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 1 Document Date D 9/25/24

_____
Additional information

**INSTRUCTIONS**

*The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

Exhibit: B    pg-2

CREDIT APPLICATION

**MERCEDES BENZ OF ONTARIO**

Accepted for assessed value/claim for settlement closure

INSURANCE — IF YOU WISH TO APPLY FOR VEHICLE INSURANCE IN CONNECTION WITH THIS CREDIT APPLICATION, COMPLETE THE FOLLOWING:

PURCHASER HEREBY ACKNOWLEDGES RECEIPT OF A COPY OF THIS CREDIT APPLICATION.

X _____    CO-APPLICANT    X _____

IF MARRIED, YOU MAY APPLY FOR CREDIT SEPARATELY AS AN INDIVIDUAL.

Exhibit B    Page-3

Andrew Velasquez.    8-29-2024

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                           }

County of San Bernardino       }

On 08/29/2024 _____ before me, Robert A. Mosquera _____.
(Here insert name and title of the officer)

personally appeared Andrew Velasquez _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____          [Notary Seal: ROBERT A. MOSQUERA / Notary Public - California / San Bernardino County / Commission # 2451927 / My Comm. Expires Jul 25, 2027]
Notary Public Signature                     (Notary Public Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Promissory Note
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 1  Document Date 8/29/24

### CAPACITY CLAIMED BY THE SIGNER
- [X] Individual (s)
- [ ] Corporate Officer
  _____
  (Title)
- [ ] Partner(s)
- [ ] Attorney-in-Fact
- [ ] Trustee(s)
- [ ] Other _____

©2017 Version www.NotaryClasses.com 800-873-9865

## INSTRUCTIONS FOR COMPLETING THIS FORM
This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this signed document with a staple.

EXhibit B  Page-4

CamScanner

EXhibit: C

CamScanner



## NOTICE TO CURE INSTRUCTION NOTICE

10-7-2024

From: **Andrew Velasquez**
C/O 243 N Meridian Ave SPC: 71
San Bernardino CA [92410]

To: **Gail Bauer**
500 Woodward Ave FL- 10
Detroit, Michigan 48226-3423

**Re: Breach of Fiduciary Duty and Demand for Performance**

Dear **Gail Bauer**,

You are hereby notified that you have previously failed to comply with the Notice of Interest sent to you on 09/25/2024. As a result, your failure to perform your fiduciary duties constitutes a material breach of your obligations.

Despite your previous default, I am providing you with one final opportunity to cure this default. You must take the following actions within (7days) Calendar days of this mailing receipt.

1. Apply the Registered Mail application/instrument number **RF 146181236 US** to the principal's balance.
2. Close and settle the accounting for the trust account.
3. Acknowledge the promissory note endorsed for the principal balance as an extension of credit from the principal cesta que trust.
4. Release the personal property stock #167111 and **(MCO) Manufacturer Certificate of Origin** to **Andrew Velasquez** at 243 N. meridian Ave SPC71 San Bernardino, CA 92410, upon the collapse of the escrow.

If you fail to comply with these instructions within the specified time period, you will be considered to have **tacitly agreed** to the terms and conditions outlined in this notice and the previous notice. By failing to respond, you will be considered to have waived your right to contest or dispute my claims.

A default judgment will be entered against you if you fail to comply with this final notice. This will have significant legal consequences, including the potential for monetary damage, attachment of your assets, and other adverse actions.

Please take this notice seriously and take immediate action to address the outstanding issues.

1

### NOTICE OF DEFAULT, OPPERTUNITY TO CURE

Exhibit. C    Page-I



**NOTICE TO CURE INSTRUCTION NOTICE**

Sincerely,

Andrew Velasquez

Andrew: Velasquez.

**NOTICE OF DEFAULT, OPPERTUNITY TO CURE**

2

EXHIBIT: C   PAGE -2

CamScanner

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Bernardino

Subscribed and sworn to (or affirmed) before me on this 07 day of October,

20 24 by Andrew Velasquez

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

R.A.A. (Signature)

**ROBERT A. MOSQUERA**
Notary Public - California
San Bernardino County
Commission # 2451927
My Comm. Expires Jul 25, 2027

Signature                    (Seal)

---

**OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

Notice to Cure Instructions
(Title or description of attached document)

(Title or description of attached document continued)

Number of Pages 2 Document Date 10/07/24

Additional information

**INSTRUCTIONS**

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

EXHIBIT C  PAGE-3

CS CamScanner



CamScanner

Registered No.

Postage $ $3.15

Extra Services & Fees

Signature Confirmation $

Signature Confirmation Restricted Delivery

Date Stamp
0379
09

Extra Services & Fees $
Registered Mail $
Return Receipt (hardcopy) $ $4.10
Return Receipt (electronic) $ $0.00
Restricted Delivery $ $0.00

Total Postage & Fees $ $25.85

Customer Must Declare Full Value $ $0.00

Received by 10/15/2024

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM  Andrew Velasquez
C/o 243 N. Meridian Ave SPC-71
San Bernardino, CA [92410]

TO  ALLY FINANCIAL
Gail Bauer    Detroit MI 48226
500 Woodward Ave Fl-10
Detroit, MI 48226-3423

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
     ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Ally FINANCIAL
Gail Bauer
500 Woodward Ave Fl-10th
Detroit, MI 48226-3423

9590 9402 8608 3244 9155 43

RF 146 190 992 US

2811   July 2020 PSN 7530-02-000-9053

CamScanner

**NOTICE OF DEFAULT JUDGMENT**

10/15/2024

From: <u>Andrew Velasquez</u>
C/O 243 N Meridian Ave SPC: 71
San Bernardino CA [92410]


To: <u>Gail Bauer</u>
500 Woodward Ave FL- 10
Detroit, Michigan 48226-3423


### Re: Final Notice of Default Judgment

Dear Gail Bauer,

You are hereby notified that you have previously failed to comply with the **Instruction Notice and Notice to Cure Instruction Notice** sent to you on 9-25-2024 and 10-7-2024. As a result, your **failure** to perform your **fiduciary duties** constitutes a material **breach** of your obligations.

Despite multiple opportunities to cure this default, you have failed to take the necessary actions to address the outstanding issues. Your continued failure to comply with your obligations constitutes a clear and unequivocal default.

As a result of your default, a default judgment will be entered against you. This will have significant legal consequences, including the potential for monetary damage, attachment of your assets, and other adverse actions.

You are now **barred** from **contesting** or **disputing** my claims, as you have previously **waived your right** to do so.

As a final attempt, I will grant an additional 7 Calendar days to rectify this NOTICE OF DEFAULT JUDGMENT.

Sincerely,

Andrew Velasquez

Andrew Velasquez.

Exhibit    Page-1

CamScanner

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Bernardino

Subscribed and sworn to (or affirmed) before me on this 15 day of October, 20 24 by Andrew Velasquez,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

ROBERT A. MOSQUERA
Notary Public - California
San Bernardino County
Commission # 2451927
My Comm. Expires Jul 15, 2027

Signature                                    (Seal)

---

## OPTIONAL INFORMATION

## INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

DESCRIPTION OF THE ATTACHED DOCUMENT

Notice of Default Judgment
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages ____ 1 ____ Document Date 10/15/24

_____
Additional information

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
    ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
    ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

Exhibit: D Page-2





# The Recorder-County Clerk Certification

THIS IS A TRUE CERTIFIED COPY OF THE PUBLIC RECORD.
DOCUMENT NUMBER 2024-0100660 CONSISTING
OF 15 PAGES, WHICH BEARS THE SEAL OF THE
ASSESSOR-RECORDER-CLERK.

06/20/2024



Chris Wilhite
Assessor-Recorder-County Clerk
San Bernardino County, CA

Exhibit: D page~3



CamScanner

RECORDING REQUESTED BY
Andrew Velasquez

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME  Andrew Velasquez

STREET ADDRESS
243 N Meridian Ave 71

CITY, STATE &
ZIP CODE
San Bernardino, CA 92410

Electronically
Recorded In Official Records
San Bernardino County

Assessor-Recorder-County Clerk

DOC# 2024-0100660

| | | | |
|---|---|---|---|
| 04/30/2024 05:00 PM | Titles: 1 | Pages: 15 | 24-05706 |
| SAN | Fees | | $58.00 |
| | Taxes | | $0.00 |
| J5480 | CA SB2 Fee | | $75.00 |
| | Total | | $133.00 |

SPACE ABOVE FOR RECORDER'S USE ONLY

## DECLARATION OF TRUST

### Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

Exhibit:D   Page-4



## AV Revocable Living Trust

I, ANDREW VELASQUEZ, presently of San Bernardino, California, (the "Grantor") declare and make this revocable living trust (the "Living Trust"). This Living Trust will be known as: AV Revocable Living Trust.

BACKGROUND:

A. The Grantor presently owns property (the "Property") as described in Schedule A.

B. The Grantor wishes to ensure that this Property and any income derived from this Property is managed and eventually distributed according to the following terms.

**Trust Purpose**

1. This Living Trust is created for the benefit of the Beneficiaries to ensure they are well provided for after the death of the Grantor, however during the lifetime of the Grantor, the interests of the Grantor will be considered primary and superior to the interests of the Beneficiaries. With this purpose, the primary asset management goal for this Living Trust will be the protection of the value of the Property. The secondary asset management goal for this Living Trust is to generate income and growth at a reasonable risk.

**Trustee**

2.     During their lifetime, and unless and until they become incapacitated, the primary trustee (the "Primary Trustee") of this Living Trust shall be, Velasquez: Andrew, of San Bernardino, California.

3.     In the event that the Primary Trustee is either dead or incapacitated, then Velasquez, Ariyana-Angela (the "Successor Trustee") will serve as the acting Trustee of this Living Trust when she becomes 25 years of age or age of majority.

**Beneficiaries**

4. Upon the death of the Grantor, the following individual(s) will comprise the beneficiaries (the "Beneficiaries") of this Living Trust: a. the residuary beneficiary, All offspring created through the Body of Velasquez: Andrew,  of San Bernardino, California; and b. Velasquez, Ariyana-Angela of San Bernardino, California .any heir or issue of those beneficiaries that is entitled to a benefit under this Living Trust in the place of any then deceased beneficiary.

Exhibit: D page 5.

## Assign and Convey Property to Living Trust

5. ANDREW VELASQUEZ as Grantor, has or will assign, convey and deliver all of the rights, title and interest in the Property as described in Schedule A of this document as a gift and without consideration, to be held by this Living Trust.

## Amendment During Grantor's Lifetime

6. At any time during the lifetime of the Grantor and while the Grantor is not incapacitated, the Grantor may, subject to the other provisions of this section, alter or amend this Living Trust on delivery to the acting Trustee of a written instrument signed by the Grantor. Amendments may include, but are not limited to, the following:

a. The Grantor may change the number and identity of the Grantors, the Trustees, the Successor Trustees or the Beneficiaries.

b. The Grantor may add or withdraw property from this Living Trust.

7. This Living Trust may not be amended after the death of the Grantor.

## Revocation During Grantor's Lifetime

8.      At any time during the lifetime of the Grantor and while the Grantor is not incapacitated, the Grantor may, subject to the other provisions of this section, revoke this Living Trust in its entirety on delivery to the acting Trustee of a written instrument signed by the Grantor. In the event of such revocation, the remaining Property will revert to the Grantor after all the debts and expenses attributable to the Living Trust have been paid.

9.      This Living Trust may not be revoked after the death of the Grantor.

## Distributions During the Lifetime of the Grantor

10. During the lifetime of the Grantor and while the Grantor is not incapacitated, the acting Trustee will distribute as much of the income and principal of the Living Trust to the Grantor as the Grantor may request. While the Grantor is incapacitated and no longer able to manage or continue to manage their own affairs, then the acting Trustee may withhold or make payments out of the resources of this Living Trust of any amount that the acting Trustee in their sole judgment deem appropriate for the maintenance, comfort and welfare of the Grantor.

Exhibit n PAGE - 6

CamScanner

## Distributions Upon Death of the Grantor

11.      Upon the death of the Grantor, and after resolving all applicable legal debts and obligations of the Grantor, the acting Trustee will expeditiously act to distribute the remaining Property as directed in this section.

12.      After resolving all applicable legal debts and obligations of the Grantor, the acting Trustee will distribute the remaining property in this Living Trust in EQUAL shares (individually the "Share" and collectively the "Shares") to the following Beneficiaries:

a. All offspring created through the Body of Velasquez: Andrew, of San Bernardino, California;

13.      Where a Beneficiary is under the age of 21 years at the time of the Final Distribution, and that Beneficiary is not an Adult Dependent Beneficiary, the acting Trustee will then act as trustee(s) by holding that Share in a separate trust for that Beneficiary under the same terms and conditions as outlined in this Living Trust, and will keep that Share invested, pay the income or capital or as much of either or both as the then acting trustee(s), in their sole discretion, consider advisable for the maintenance, education, advancement or benefit of that Beneficiary until that Beneficiary reaches the age of 21 years whereupon the then acting trustee(s) will pay or transfer the rest and residue of that Share to that Beneficiary.

14.      Where a Beneficiary is an Adult Dependent Beneficiary at the time of the Final Distribution, the acting Trustee may, at their sole discretion: a. Continue to act as trustee(s) by holding the Share of any Adult Dependent Beneficiary in a separate trust, subject to the same terms and conditions contained in this Living Trust, and to keep that Share invested, and pay the income or capital or as much of either or both as the then acting trustee(s) consider advisable for the maintenance, education, advancement or benefit of that Adult Dependent Beneficiary; or

b. Pay or transfer all capital, assets and property of that Share or the amount remaining of that Share of that Adult Dependent Beneficiary to any parent, custodian or guardian of that Adult Dependent Beneficiary subject to the same terms and conditions contained in this Living Trust and the receipt by that parent, custodian or guardian will discharge all duties and obligations of the acting Trustee.

15. If any of the named Beneficiaries do not survive the Grantor by at least thirty (30) days but do leave an heir or issue who survives the Grantor by at least thirty (30) days, then the Specific Gift or the Share designated for that Beneficiary, of whatever kind and character, and wherever located, will be distributed per stirpes among those surviving heirs or issue. Where those surviving heirs or issue are not of the age of majority, the acting Trustee may pay or transfer all capital, assets and property attributable to those minor heirs or issue of that

Exhibit h page 7

CS CamScanner

Beneficiary to any parent, custodian or guardian of those minor heirs or issue, subject to the same terms and conditions contained in this Living Trust, and the receipt by that parent, custodian or guardian will discharge all duties and obligations of the acting Trustee.

16. If any of the residual Beneficiaries do not survive the Grantor by at least thirty (30) days and do not leave an heir or issue who survives the Grantor, then the Share designated for that Beneficiary, will revert to the residue of this Living Trust.

17. If all of the successor Beneficiaries do not survive the Grantor by at least thirty (30) days and do not leave an heir or issue who survives the Grantor by at least thirty (30) days, then all of the remaining property in this Living Trust, of whatever kind and character, and wherever located, will revert to the estate of the Grantor.

18. If any of the real property to be distributed in this Living Trust remains subject to a mortgage at the time of the Final Distribution, then the Beneficiary taking that mortgaged property will take that property subject to that mortgage and the Beneficiary will not be entitled to have the mortgage paid out or resolved from the remaining assets or residue of this Living Trust.

19. If any of the personal property to be distributed in this Living Trust is subject to any

encumbrances or liens at the time of the Final Distribution, then the Beneficiary taking that property will take that property subject to those encumbrances or liens and the Beneficiary will not be entitled to have any encumbrance or lien paid out or resolved from the remaining assets or residue of this Living Trust.

**Trustee Bond**

20. Subject to the laws of the STATE OF CALIFORNIA and any other applicable jurisdiction, no bond or security of any kind will be required of any Trustee appointed in this Living Trust agreement.

Exhibit: D, Page 8

## Trustee Liability

21. The Trustee will not be liable to this Living Trust, the Grantor or to the Beneficiaries for any action or failure to act resulting in loss or harm to this Living Trust, the Grantor or to the Beneficiaries except in the case of <u>gross negligence</u>, <u>willful misconduct</u>, or <u>reckless indifference</u> to the purposes of the trust or the interests of the Beneficiaries. A Trustee will only be responsible for his or her own acts and no Trustee will be liable for any act or actions occurring in the periods before or after the tenure of that Trustee. Any outstanding liabilities of a dead, resigning or removed Trustee are not discharged or affected by the Trustee's death, resignation or removal.

## Trustee Death or Resignation

22. A Trustee may resign at any time for any reason upon at least 30 days' notice to the Grantor, if the Grantor is still alive, to any remaining Trustee, if there are any, and to the Qualified Beneficiaries. If a Trustee dies, that Trustee will cease to be a Trustee as of the date of their death.

## Trustee Removal

23.     During the lifetime of the Grantor, and unless and until the Grantor becomes incapacitated, the Grantor may remove a Trustee for any reason or for no reason at the sole discretion of the Grantor.

24.     After the death of the Grantor, the Qualified Beneficiaries may, by unanimous vote of all of the Qualified Beneficiaries, remove a Trustee for any reason or for no reason at the sole discretion of the Qualified Beneficiaries.

25.     At any time after the death or disability of the Grantor, a Trustee or a Beneficiary may apply to a court of competent jurisdiction to remove a Trustee. A Trustee may also be removed by the court on the court's own initiative.

## Trustee Replacement

26. At any time where the Grantor is alive and not incapacitated and where a Trustee has been removed, died, resigned or is no longer able to act as Trustee for any reason, a replacement Trustee may be appointed by the Grantor.

27. Where the Grantor is dead or incapacitated, and where a Trustee has been removed, died, resigned or is no longer able to act as Trustee for any reason, and where a replacement

Exhibit D page 9

Trustee is deemed necessary by the remaining acting Trustee, a replacement Trustee may be appointed by a majority vote of all acting Trustees still able and authorized to act.

28. Where the Grantor is dead or incapacitated, and where the Living Trust is left with no Trustee, a replacement Trustee may be appointed by a unanimous vote of the Qualified Beneficiaries.

## Trustee Powers

29. Powers granted to an acting Trustee of this Living Trust include, but are not limited to, the Following: a. The Trustee will have the same rights and obligations to manage the Property as if the Trustee were the owner of the Property.

b. After the death of the Grantor, the Trustee will have the power to appoint one or more

individuals or institutions to act as co-Trustee where it is deemed reasonable and in the best overall interest of this Living Trust.

c. The Trustee may employ and rely on the advice of experts including, but not limited to, legal counsel, accountants and investment advisors to help in the management of the Property where that hiring is deemed reasonable and in the best overall interest of this Living Trust.

d. The Trustee may retain, exchange, insure, repair, improve, sell or dispose of any and all personal property belonging to this Living Trust as the Trustee deems reasonable and in the best overall interest of this Living Trust, without liability for loss or depreciation.

e. The Trustee may invest, manage, lease, rent, exchange, mortgage, sell, dispose of or give options without being limited as to term and to insure, repair, improve, or add to or otherwise deal with any and all real property belonging to this Living Trust as the Trustee deems reasonable and in the best overall interest of this Living Trust, without liability for loss or depreciation.

f. The Trustee may maintain, continue, dissolve, change or sell any business which is part

of this Living Trust, or purchase any business on behalf of this Living Trust, as the Trustee deems reasonable and in the best interest of this Living Trust.

g. The Trustee may purchase, maintain, convert and liquidate investments or securities, at

Exhibit: N    Page-10

reasonable risk, and for the purpose of generating income and growth, and vote stock in person or by proxy, or exercise any option concerning any investments or securities, as the Trustee deems reasonable and in the best overall interest of this Living Trust, without liability for loss or depreciation.

h. The Trustee may open or close bank accounts wherever reasonable and in the best interest of this Living Trust.

i. The Trustee may invest and reinvest the assets of this Living Trust, at reasonable risk, for the purpose of generating income and growth, as the Trustee deems reasonable and in the best overall interest of this Living Trust, without liability for loss or depreciation.

j. The Trustee may hold un-invested cash and unproductive property where it is reasonable and in the best interest of this Living Trust to do so including, but not limited to, for the purpose of protecting the capital and principal of this Living Trust.

k. The Trustee may lend funds to any borrower where the loan is adequately secured by

sufficient collateral and where the loan is reasonable and in the best overall interest of this Living Trust.

l. The Trustee may borrow funds from any lender and mortgage or otherwise encumber any asset belonging to this Living Trust where the loan is reasonable and in the best overall interest of this Living Trust.

m.      The Trustee may maintain, settle, abandon, sue or defend, or otherwise deal with any

claim where it is reasonable and in the best interest of the Living Trust to do so.

n. Where there are no other resources available, and where the Trustee is compelled to do

so, the Trustee may resolve any legally enforceable debts, taxes, reasonable funeral expenses, burial expenses and any expenses related to the final illness of the Grantor out of the resources of this Living Trust.

Exhibit: D   Page - 11

o. The Trustee may make the Final Distribution in any combination of cash and property. Property selection and valuation in the course of the Final Distribution will be made in the good faith discretion of the Trustee and will be binding on all Beneficiaries.

30.    It is incumbent on the Trustee to act as fiduciaries, in good faith and in the best interest of the Living Trust.

31.    All decisions of the acting Trustee, made in good faith, regarding the management of this Living Trust will be final and binding on all parties.

32.    The above authority and powers granted to the Trustee are in addition to any powers and elective rights conferred by state or federal law or by other provision of this Living Trust and may be exercised as often as required, and without application to or approval by any court.

**Trustee Compensation**

33. Any Trustee who is not a Beneficiary of this Living Trust will receive reasonable compensation out of the resources of this Living Trust for services rendered. A Trustee who is also a Beneficiary under this Living Trust will serve without compensation.

**Trustee Expenses**

34. A Trustee is entitled to be reimbursed out of the income and property of this Living Trust for any and all expenses, including interest where appropriate, where the expense is reasonably and properly incurred in the management of this Living Trust.

**Spendthrift Clause**

35. No Beneficiary of this Living Trust will have the power to transfer, sell, assign, or otherwise encumber any assets or property held by this Living Trust prior to the Final Distribution by the acting Trustee. Similarly, the right of distribution held by any Beneficiary under this Living Trust agreement will not be subject to judicial encumbrance prior to the Final Distribution by the acting Trustee.

**Tax Identification**

36. For tax purposes, this Revocable Living Trust will be identified by the Employer Identification Number during the lifetime of the Grantor along with Social Security Number if necessary to identify grantor.

## Homestead Tax Exemption

37. If the principal residence of the Grantor is held within this Revocable Living Trust, the Grantor maintains the right to possess and inhabit the residence without rent and

charge-free, for the duration of their lifetime. This is intended for the purpose of giving the Grantor a beneficial interest and possessor rights in the residence and to ensure that the Grantor does not lose any eligibility for a state homestead tax exemption that they would otherwise qualify for.

## Vote of Minor or Adult Dependent Beneficiaries

38. Where a Beneficiary is a Minor or Adult Dependent Beneficiary and a vote, consent, or decision of the Qualified Beneficiaries is required, then the parent, custodian or guardian for that Minor or Adult Dependent Beneficiary, acting in the best interest of that Minor or Adult Dependent Beneficiary, will be allowed to take the place of that Minor or Adult Dependent Beneficiary for the purpose of that vote, consent, or decision.

## Termination of Trust

39.    This Living Trust will terminate where the Property of this Living Trust is exhausted through distributions.

40.    In the event that the acting Trustee concludes that the value of the Property is insufficient to justify the cost of administration and that the aggregate value of the Property is less than the value of land resource value the acting Trustee may terminate this Living Trust after providing notice to the Qualified Beneficiaries. Where this Living Trust is terminated under this section, the acting Trustee will distribute the Property in a manner consistent with and as described in the distributions sections of this Living Trust.

## Abstract of Trust

41. The acting Trustee may execute an abstract of this Living Trust (the "Abstract of Trust") and may present the Abstract of Trust to a financial institution as proof of the existence of this Living

Exhibit "D"    page 13



Trust. The Abstract of Trust should not contain full details of the property holdings of the Living Trust nor should it name all of the Beneficiaries of the Living Trust. Any person who is presented with an Abstract of Trust with regard to this Living Trust will be <u>held harmless</u> for relying on the Abstract of Trust.

## Governing Law

42. This Living Trust will be governed in accordance with the laws of the Universe as its highest and the laws of equity at its lowest.

## Severability

43. If any provisions of this Living Trust are deemed unenforceable, the remaining provisions will remain in full force and effect.

## Definitions

44. For the purpose of this Living Trust the following definitions will apply:

a. "acting Trustee" means any Trustee who is currently serving as a trustee of this Living Trust.

b. "Adult Dependent Beneficiary" means an adult beneficiary who is unable to manage their own financial affairs by reason of mental or other disability.

c. "age of majority" means the age of majority of the jurisdiction where a beneficiary ordinarily resides.

d. "incapacity" or "incapacitated" means when a person is unable to manage their own financial affairs by reason of mental or other disability.

e. "Minor Beneficiary" means a beneficiary who is under the legal age of majority.

f. "Trustee" means any Primary Trustee or Successor Trustee as well as any replacement or additional trustee appointed for this Living Trust.

g. "Qualified Beneficiary" means any beneficiary that is then entitled to a benefit under this Living Trust.

IN WITNESS WHEREOF, the parties hereto have signed their names on this fifth

moon, fifth quarter, 13th day of the week day in San Bernardino, California, declaring and publishing this instrument as the Grantor's Living Trust, in the presence of the undersigned witnesses, who witnessed and subscribed this Living Trust in the presence of the parties hereto.

Velasquez: Andrew   ANDREW VELASQUEZ (Grantor)                    [Seal]

Velasquez: Andrew   Velasquez: Andrew (Trustee)

SIGNED AND DECLARED by the above parties on the 13 th day of May, 2024 to be the Grantor's Living Trust, in our presence, in San Bernardino, California, in their presence, all being present at the same time, have signed our names as witnesses. **Executed without the UNITED STATES, We declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. Without Prejudice, UCC 1-308.**

Witness #1 Signature  Jackson-Leon-Rene III

Witness #1 Name (Please Print) Leon Rene Jackson III

Witness #1 Street Address [41 E 49 st San Bernardino CA 92404]

Witness #1 City/State San Bernardino CA [92404]

Witness #2 Signature Humphrey: Donnetta - La'shon Marie

Witness #2 Name (Please Print) Donnetta Humphrey La'shon Marie Humphrey

Witness #2 Street Address 36914 Palm Crest Dr

Witness #2 City/State Highland CA [92346]

Witness #3 Signature Hill: Kayla-Mesha

Witness #3 Name (Please Print) Kayla Mesha Hill

Witness #3 Street Address 1551 East Date Street

Witness #3 City/State SanBernardino CA [92404]

Exhibit N   Page-15

We certify that the foregoing is true, correct, and is not misleading. The truth, the whole truth and nothing but the truth. Deuteronomy 19:15-21 "One witness shall not rise up against a man for any iniquity, or for any sin, in any sin that he sinneth: at the mouth of two witnesses, or at the mouth of three witnesses, shall the matter be established."

1 Timothy 6:17 "Charge them that are rich in this world, that they be in uncertain riches, but in the living God YAHWEH, who giveth us richly all things to enjoy."

Exodus 31:3 "And I have filled him with the spirit of God YAHWEH, in wisdom, and in understanding, and in knowledge, and in all manner of workmanship.

Schedule A

The Grantor assigns, conveys and delivers to this Living Trust, all of the rights, title and interest, tangible or intangible, to any and all properties, real or personal:

1.      All tangible and intangible assets of the ANDREW VELASQUEZ (including all derivations of the name/title) Andy V, Drew Velasquez, A. Vela, Velasquez A, Andy Vela, Drew V, A Velasquez, A.V. Andy, Velasquez, Andrew along with: AV REVOCABLE LIVING TRUST.

2.      Any and all Intellectual Property created in both the past, present, or future in the name ANDREW VELASQUEZ. along with AV REVOCABLE LIVING TRUST. **CERTIFICATE OF LIVE BIRTH STATE OF CALIFORNIA #** 18936026352, PLACE OF BIRTH; KAISER FOUNDATION HOSPITAL, DATE ACCEPTED FOR REGISTRATION- DEC/21/1989. SOCIAL SECURITY # 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, HO3531727 THIS NUMBER HAS BEEN ESTABLISHED FOR ANDREW VELASQUEZ. **CALIFORNIA USA DRIVERS LICESENCE;** DL: E2334455 LN: VELASQUEZ, FN: ANDREW, **ADDRESS:** C/O 243 N. MERIDIAN AVE SPC 71 SAN BERNARDINO, CALIFORNIA [92410], DOB: 12/08/1989, **CLASS:** CM1, DD: 12/10/2018512B5/AAFD/23. **PROPERTY DETAILS**: Parcel # (APN): 0142-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, Situs Address: 243 N MERIDIAN AVE SPC 71 SAN BERNARDINO, CA 92410-1317 (SAN BERNARDINO COUNTY), **Year:** 1988, Make: Canyon Crest, Model: 221 Decal No- Lam7047, MCO No-8476063, Legal Description: 88 KAUFMAN/BROD CANYON CREST SN#KBCASNA8835060/KBCASNB88350640, Use Type: RESID. MOBILE/MANUFACTURED HOME, **Tax Rate Area:** 007-002, **Mailing Address:** 243 N. MERIDIAN AVE SPC 71 SAN BERNARDINO, CA 92410-1317.

Exhibit: D page -16

CS CamScanner

# NOTORIETY PAGE IN THE UNITED STATES UNDER PENALTY OF PERJURY U.S. PERSON IDENTIFICATION.

ANDREW VELASQUEZ, GRANTOR
ALL RIGHTS RESERVED AND RETAINED

_Velasquez: Andrew_ 5-13-2024

Andrew: Velasquez,
GRANTOR & TRUSTEE

## Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for minors and the incompetent whom I anticipate may become knowledgeable in the truth for the Law by our forefathers/foremothers and rise, so they will no longer be alienated from their true culture and Creator.

**Jurat**

Exhibit 'A' page - 17

CamScanner

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Bernardino

Subscribed and sworn to (or affirmed) before me on this 13 day of May, 20 24 by Andrew Velasquez,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(notary)

Signature _____ (Seal)

ROBERT A. MOSQUERA
Notary Public - California
San Bernardino County
Commission # 2451927
My Comm. Expires Jul 29, 2027

---

**OPTIONAL INFORMATION**

DESCRIPTION OF THE ATTACHED DOCUMENT

AV Revocable Trust

(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 13 Document Date 05/13/24

_____
Additional information

**INSTRUCTIONS**

*The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

EXHIBIT: D page -18





| Registered No. | | Date Stamp |
| --- | --- | --- |
| RF146191012US | | |

| Postage $ 17.04 | | |
| Extra Services & Fees | Extra Services & Fees (refund) | |
| ☐ Registered Mail $18.60 | ☐ Signature Confirmation | |
| Return Receipt (hardcopy) $ $4.10 | ☐ Signature Confirmation Restricted Delivery | |
| ☐ Return Receipt (electronic) $ | | |
| ☐ Restricted Delivery $ | Total Postage & Fees $24.74 | |

Customer Must Declare Full Value
$ $0.00

Received by
10/21/2024

OFFICIAL USE

FROM: Andrehen Newberg
c/o 243 N Meridian Ave Spc 71
San Bernardino, CA 92410

TO: ALY TWACAIL
500 Woodhaven Ave Floor-10
Detroit, Michigan 48226-3423

PS Form 3806, Registered Mail Receipt                    Copy 1 - Custom
April 2015, PSN 7530-02-000-9051                          (See Information on Revers
For domestic delivery information, visit our website at www.usps.com ®

**UNITED STATES POSTAL SERVICE.**

RIALTO
241 W RIALTO AVE
RIALTO, CA 92376-6471
(800)275-8777

10/21/2024                              03:08 PM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| Mailer 10.5 x 16 | 1 | $1.69 | $1.69 |
| First-Class Mail® | 1 | | $2.04 |

Large Envelope
    Detroit, MI 48226
    Weight: 0 lb 2.70 oz
    Estimated Delivery Date
    Sat 10/26/2024

| Registered Mail® | | | $18.60 |
| --- | --- | --- | --- |

    Amount: $0.00
    Tracking #:
        RF146191012US

| Return Receipt | | | $4.10 |
| --- | --- | --- | --- |

    Tracking #:
        9590 9402 8601 3244 7607 06

| Total | | | $24.74 |
| --- | --- | --- | --- |

| Grand Total: | | | $26.43 |
| --- | --- | --- | --- |
| | | | $26.43 |

Debit Card Remit
    Card Name: VISA
    Account #: XXXXXXXXXXXX5896
    Approval #: 050718
    Transaction #: 255
    Receipt #: 074687
    Debit Card Purchase: $26.43
    AID: A0000000980840    Contactless
    AL: US Common Debit

CS CamScanner

Affidavit of Truth

From: **Andrew Velasquez**
C/O 243 N Meridian Ave SPC: 71
San Bernardino CA [92410]


To: Alley Financial
500 Woodward Ave 10th floor
Detroit, Michigan 48226-3423

**State of California County of San Bernardino**

I, Andrew Velasquez, affiant, being first duly sworn, depose and say:

1. **It is a fact** that I am a federally protected consumer, debtor, and holder in due course pursuant to UCC 3-306.
2. **It is a fact** that ALLY FINANCIAL is a for-profit company whose headquarters is located in the area of 500 Woodward Ave 10th floor, Detroit, Michigan 48226.
3. **It is a fact** that the account in question was opened on February 8th, 2023, with ALLY FINANCIAL, using my personal identification as defined in 15 U.S.C. § 1602 (l).
4. **It is a fact** that an account pursuant to 12 CFR 1002.2(a) means "an extension of credit. When employed in relation to an account, the word "use" refers only to open-end credit".
5. **It is a fact** that I, the affiant, have not received the credit created for the credit consumer application#1127318683 from February 8th, 2024.
6. **It is a fact** that ALLY FINANCIAL failed to provide me with the General Disclosures which are requirements pursuant to 12 CFR 1026.17 and is a violation of said section.
7. **It is a fact** that I, the affiant, am asserting my right to acquire documentary evidence in accordance with 15 U.S.C. § 44 for the books of account as defined in IRS Publication 583, to explain and address such subject matter contained in said account statement.
8. **It is a fact** that I would like to access both the journal and credits of the account, as well as the ledger and debits of the account, in order to verify the current accounting and taxes related to this account.
9. **It is a fact** that in accordance with 15 U.S.C. § 1666d, if there is a credit of account balance with surplus over 1 dollar in accordance with the journal and ledger entries described in IRS Publication 583, the amount balance should be credited and the remaining balance directed to me, the consumer, by check.
10. **It is a fact** that as this is a formal instruction in accordance with 15 U.S.C. § 1666(b)(2) to provide documentary evidence, which includes books of account in

Exhibit: E    Page-1

CS CamScanner

AFFidavit of Truth

accordance with 15 U.S.C. § 44 to resolve this billing error, the documentary evidence, which includes books of account in accordance with 15 U.S.C. § 44, must be provided to clarify this amount.

11. **It is a fact** that I, the affiant, am aware that, with resolving this billing error, the creditor has legally agreed to forfeit all rights to collect on all past, present, and future amounts in dispute pursuant to Title 15 U.S.Code § 1666(e).

12. **It is a fact** that ALLY FINANCIAL shall follow the following procedures as defined pursuant to 12 CFR 1026.13(e): (1) Crediting the consumer's account with any disputed amount and related finance or other charges, as applicable; and (2) Mailing or delivering a correction notice to the consumer. I hereby demand that all future coupons be sent to my place of abode, as listed on the account in question, in the form of a check to all and any future payments.

13. **It is a fact** that I, the affiant, hereby invoke my right as a consumer to withhold all past, present, and future disputed amounts pursuant to 12 CFR 1026.13d(1).

14. **It is a fact** that ALLY FINANCIAL, as the creditor, may not collect any disputed amount. As a federally protected consumer, who does not need to pay, the creditor cannot restrict, accelerate payment or close an account and or make or threaten any adverse reporting to any person about the consumer's credit standing without resolving the billing error. Such actions by ALLY FINANCIAL will forfeit its rights to collect the disputed amount as described in 15 U.S. Code 1666(e) and hold the creditor liable under 15 U.S. Code § 1693m for ALLEY FINACIAL for the actual damage caused to me, the affiant.

15. **It is a fact** that ALLY FINANCIAL cannot and shall not restrict nor limit nor cause any disruption of any manner of the account in question pursuant to 12 CFR 1026.13d(3). A creditor shall not accelerate any part of the consumer's indebtedness or restrict or close a consumer's account solely because the consumer has exercised in good faith rights provided by this section. A creditor may be subject to the forfeiture penalty under 15 U.S.C. § 1666(e) for failure to comply with any of the requirements of this section.

16. **It is a fact** that, in accordance with 16 C.F.R. § 433.3, ALLY FINANCIAL is not exempt from any claims or defenses as described in 16 C.F.R. § 433.2(a) as the affiant, may invoke his rights as the debtor in this consumer credit contract against ALLY FINANCIAL for the unfair and deceptive practices herein as no contract after the date of November 1, 1977 is exempt from 16 C.F.R. § 433.3.

17. **It is a fact** that I have reason to believe and do so believe, ALLY FINANCIAL is in violation of 18 U.S. Code § 1341 by knowingly participating in the fraud through the US Mail.

FdwLI'E  nbar~?.



*AFFidAVit OF Truth*

18. **It is a fact** that under the Federal Reserve Act, Section 16, Part 2, collateral security for federal reserve notes must be at least equal to the amount of the notes applied for.

19. **It is a fact** that I tendered a payment due in the full amount of one hundred thirty-four thousand, three hundred eighty-five 0/100 ($134,385) with instructions on how I wanted my credit application to be utilized.

20. **It is a fact** that Ally Financial did not comply with my instructions or acknowledge receipt of my payment.

21. **It is a fact** that Ally Financial was accredited from my credit application received by the Board of Governors of the Federal Reserve System.

22. **It is a fact** that Ally Financial through its agent Gail Bauer has tacitly agreed to the terms and conditions of the credit application by failing to respond to my three separate notices, via: notice of instructions, notice to cure notice of instructions and the notice of default judgment, within the specified timeframes and taking the necessary actions.

23. **It is a fact** that failing to comply with these instructions constitutes a breach of contract and a breach of fiduciary duty.

24. **It is a fact** that as a result of Ally Financials' breach, I have suffered damages, including but not limited to, financial loss, emotional distress, and inconvenience.

25. **It is a fact**, I, the affiant am aware, an unrebutted affidavit stands as truth in commerce.

You have 15 days from the date of delivery to respond to this notice. Should there be dishonor in the aforementioned requested documentation by way of unrebutted affidavit, failure to disclose requested documents or failure of response, and the particular requests to rectify any fault by Ally Financial herein, will serve as acquiescence and your agreement to a default judgment against your company for the dishonor in the negotiable instrument, bank fraud, creation of the false and deceptive form, mishandling of goods, compromising my relationship with other financial institutions and including stress caused to me in the attempt of exercising my rights in good faith. However, I do in good faith expect you to handle these matters with ordinary care to address all subject matter. Respectfully.

I, Andrew. Velasquez declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 10-18-2024 at San Bernardino, California.



# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Bernardino

Subscribed and sworn to (or affirmed) before me on this __18__ day of __October__ ,

20_24_ by __Andrew Velasquez__ .

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



Signature                                    (Seal)



ROBERT A. MOSQUERA
Notary Public - California
San Bernardino County
Commission # 2451927
My Comm. Expires Jul 25, 2027

---

### OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

__Affidavit of Truth__
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages __3__ Document Date _10/15/24_

_____
Additional information

### INSTRUCTIONS

The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.

- State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document with a staple.

2015 Version www.NotaryClasses.com 800-873-9865

Exhibit: F   Page-4

